UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANA GABRIELA GARCIA-RABAGO

Plaintiff(s)

v.

(DOE 1) ALAMEDA UNIFIED SCHO

Defendant(s)

CASE No C 4:24-cv-07423-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation; attorney Craig Needham (San Jose, CA)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: June 2, 2025

Date: 01/21/2025

_Patricia Mireles (Jan 21, 2025 18:08 MST)_
Attorney for Plaintiff

Date: January 21, 2025

Rolando Pasquali, Deputy Attorney General
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 1/22/2025

_Haywood S. Gill, Jr._
U.S. DISTRICT ~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019