UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GABRIELA GARCIA-RABAGO,<br><br>Plaintiff,<br><br>v.<br><br>SULGHI HONG, et al.,<br><br>Defendants. | Case No. 24-cv-07423-HSG<br><br>**ORDER SETTING HEARING AND DIRECTING PLAINTIFF TO APPEAR**<br><br>Re: Dkt. No. 23 |

The Court SETS a motion hearing on March 6, 2025 at 2:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam Jr. to address Patricia Mireles' request to withdraw as Plaintiff's counsel in this matter. *See* Dkt. No. 23. Plaintiff, Ana Gabriela Garcia-Rabago, is DIRECTED to appear in person at this hearing. Counsel for plaintiff is further DIRECTED to serve a copy of this order on Plaintiff and to inform Plaintiff, through all available channels, about this hearing and the Court's request for her attendance. Plaintiff may request accommodations at https://cand.uscourts.gov/wp-content/uploads/locations/Form_CAND_CART-SL_fillable.pdf. Any request for accommodations must be submitted by February 27, 2025 at noon.

**IT IS SO ORDERED.**

Dated:  2/25/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge