Patricia Mireles, Esq.  (SBN 171342)

**SUPERIOR JUSTICE LAW GROUP**
228 W. C Street
Ontario, Ca. 91762
Telephone: (909) 447-4010
eMail: law4u2@gmail.com

Attorneys for Plaintiff: Ana Gabriela Garcia-Rabago

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL DIVISION

| | |
|---|---|
| **ANA GABRIELA GARCIA-RABAGO**<br><br>         Plaintiff,<br><br>v.<br><br>**TONY THURMOND, State Superintendent of Public Instruction for the CALIFORNIA DEPARTMENT OF EDUCATION, a public entity; SULGHI HONG, an individual; NANCY MOSER, an individual; MATILDA BIBB, an individual; DANIEL GONZALEZ, an individual; and DOES 1 through 100, inclusive,**<br><br>         Defendants. | Case No. 4:24-cv-07423-HSG<br><br>**ORDER GRANTING MOTION TO APPEAR REMOTELY VIA ZOOM (as modified)**<br><br>Judge: Hon Hayward S. Gilliam Jr<br>Action Filed: August 24, 2021<br><br>Hearing Date: March 6, 2025<br>Time: 2:00pm |

1

**ORDER GRANTING MOTION TO APPEAR REMOTELY VIA ZOOM**

1  The Court, having reviewed the Motion to Appear Remotely via Zoom and good cause
2  appearing, hereby ORDERS that Attorney Patricia Mireles is permitted to appear
3  remotely via Zoom for the hearing scheduled on March 6, 2025 at 2:00pm.  The CRD
4  will e-mail counsel the Zoom information.

**IT IS SO ORDERED**.

Dated:  3/6/2025

                                                             _____
                                                             Hon Hayward S. Gilliam Jr
                                                             UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION TO APPEAR REMOTELY VIA ZOOM**