UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GABRIELA GARCIA-RABAGO,<br><br>Plaintiff,<br><br>v.<br><br>SULGHI HONG, et al.,<br><br>Defendants. | Case No. 24-cv-07423-HSG<br><br>**ORDER TO SHOW CAUSE** |

The Court DIRECTS Plaintiff Ana Gabriela Garcia-Rabago TO SHOW CAUSE why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to appear at the motion hearing held via Zoom on June 26, 2025, before Judge Haywood S. Gilliam, Jr.

Plaintiff shall file a statement of two pages or less by July 10, 2025. The Court DIRECTS Plaintiff's attorney, Patricia Mireles, to supply Plaintiff with a copy of this Order.

**IT IS SO ORDERED.**

Dated: 6/27/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge