UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GABRIELA GARCIA-RABAGO,<br><br>Plaintiff,<br><br>v.<br><br>SULGHI HONG, et al.,<br><br>Defendants. | Case No. 24-cv-07423-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 36 |

On June 27, 2025, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute, Dkt. No. 36. The Court directed Plaintiff Ana Gabriela Garcia-Rabago to respond by July 10, 2025. Ms. Garcia-Rabago has not filed a response. The Court will dismiss this case for failure to prosecute unless Ms. Garcia-Rabago files a response by July 29, 2025.

The Court DIRECTS Plaintiff's attorney, Patricia Mireles, to supply Plaintiff with a copy of this Order. Ms. Mireles is further DIRECTED to file a declaration by July 17, 2025 documenting when and how she supplied Ms. Garcia-Rabago with a copy of this Order.

**IT IS SO ORDERED.**

Dated: 7/15/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge